|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **WESTERN DISTRICT OF WASHINGTON** | |
| | **TACOMA DIVISION** | |

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> KAREN M. CALL, an individual; REBECCA S. RONZONE, an individual; R.A.R., a minor, by his parental guardian, ANJUNETTE L. ARMOUR; ANJUNETTE L. ARMOUR, an individual; and JEFFREY G. STEPHENS, an individual, <br><br> Defendants. | Case No. 3:20-cv-05473-BHS <br><br> **ORDER GRANTING GENWORTH LIFE AND ANNUITY INSURANCE COMPANY'S UNOPPOSED MOTION FOR INTERPLEADER RELIEF AND FINAL JUDGMENT OF DISCHARGE** |

This matter came before this Court, pursuant to Plaintiff Genworth Life and Annuity Insurance Company's Unopposed Motion for Interpleader Relief and Final Judgment of Discharge;

IT IS HEREBY ORDERED that Genworth Life and Annuity Insurance Company's Unopposed Motion for Interpleader Relief and Final Judgment of Discharge is GRANTED.

IT IS HEREBY FURTHER ORDERED:

1.  That Genworth Life and Annuity Insurance Company be fully discharged, with prejudice, from all liability whatsoever on Policy No. 5799521;

ORDER GRANTING PLAINTIFF'S MOTION FOR INTERPLEADER RELIEF AND FINAL JUDGMENT OF DISCHARGE - 1
Case No. 3:20-cv-05473-BHS

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

2. That the parties be enjoined from making any further claims against Genworth Life and Annuity Insurance Company pursuant to Policy No. 5799521; and

3. That this Order shall be without prejudice to consideration of Genworth Life and Annuity Insurance Company's anticipated filing of a separate motion for attorneys' fees and costs as referenced in this Motion.

DATED: October 5th, 2020.

BENJAMIN H. SETTLE
United States District Judge

Presented By:

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: /s/ Russell S. Buhite
    Russell S. Buhite, WSBA #41257
    1201 Third Avenue, Suite 5150
    Seattle, WA 98101
    Telephone: 206.693.7057
    Fax: 206.693.7058
    Email:  russell.buhite@ogletree.com

*Attorneys for Plaintiff Genworth Life and Annuity Insurance Company*

ORDER GRANTING PLAINTIFF'S MOTION
FOR INTERPLEADER RELIEF AND FINAL
JUDGMENT OF DISCHARGE - 2
Case No. 3:20-cv-05473-BHS

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058